DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X    1:09-CV-04706

DANNY DELAROSSA

-against-                                                      STIPULATION OF DISMISSAL

THE STATE OF NEW YORK
          Defendant.
----------------------------------------------------------X

IT IS HEREBY AGREED AND STIPULATED subject to the acceptance by the Court that the defendant's habeas petition should be dismissed with prejudice as moot because the conviction underlying the petition has been vacated by the New York State Supreme Court.

Agreed and Stipulated,

*[signature]*                                                  3-9-12
Labe M. Richman
Attorney for Petitioner
305 Broadway, Suite 100
New York, NY 10007
(212) 227-1914

*[signature]*
ADA Anastasia Spanakos
Queens District Attorney's Office

                                                          s/KAM
                                        So Ordered: *[signature]*
                                               Kiyo A. Matsumoto
                                               **U.S. District Judge**
                                               March 9, 2012